# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| MONICA MARGARETIS,<br><br>              Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY,<br><br>              Defendants. | 2:14-cv-00685-JAD-CWH<br><br>**MINUTE ORDER** |

    The Court has been notified that this is not an employment discrimination action as defined by LR 16-6.

    Accordingly,

    IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for July 15, 2014 is VACATED.

    DATED this 5th day of June, 2014.

                                                     CAM FERENBACH<br>                                                    UNITED STATES MAGISTRATE JUDGE