# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA MARGARETIS,<br><br>      Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY,<br><br>      Defendant. | Case No.  2:14-cv-00685-JAD-CWH<br><br>**ORDER** |

This matter is before the Court on Defendant Sentinel Insurance Company's Renewed Motion to Extend Discovery (#17), filed December 23, 2014. The Court has reviewed the motion and finds good cause for the requested extension.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Renewed Motion to Extend Discovery (#17) is **granted**.

**IT IS FURTHER ORDERED** that the Discovery Plan and Scheduling Order is modified as follows:

1. Discovery cutoff                                                                 **May 5, 2015**
2. Interim status report                                                         **March 6, 2015**
6. Dispositive motions                                                          **June 4, 2015**

**IT IS FURTHER ORDERED** that any extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted. All motions or stipulations to extend discovery shall be received by the Court at least **twenty-one (21) days** prior to the date fixed for completion of discovery or at least **twenty-one (21) days** prior to the

expiration of any extension thereof that may have been approved by the Court.  All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than **twenty-one (21) days** before expiration of the subject deadline or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court.  Any extension or modification of a discovery deadline or subject deadline not filed at least **twenty-one (21) days** prior to the date fixed for completion of discovery or the expiration of the subject deadline must be supported by a showing that the failure to act was the result of excusable neglect.  The motion or stipulation shall include:

    a.    A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

    b.    A specific description of the discovery which remains to be completed;

    c.    The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

    d.    A proposed schedule for the completion of all remaining discovery.

**IT IS FURTHER ORDERED** that if no dispositive motions have been filed within the time frame specified in this Order, then the parties shall file a written, joint proposed Pretrial Order by **July 6, 2015**.  If dispositive motions are filed, then the parties shall file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

**IT IS FURTHER ORDERED** that Defendant's Motion for Reconsideration (#19) and Motion to Waive Excusable Neglect Requirement (#21) are **denied as moot**.

DATED:  December 30, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**