DARREN T. BRENNER
Nevada Bar No. 8386
WILLIAM S. HABDAS
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Sentinel Insurance Company, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MONICA MARGARETIS,<br><br>                     Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY; DOES I through X. ROE CORPORATION I through X, inclusive,<br><br>                     Defendants. | Case No.: 2:14-cv-00685-JAD-CWH<br><br>**STIPULATION TO TAKE DEPOSITION OF PLAINTIFF OUTSIDE OF THE DISCOVERY DEADLINES**<br><br>**(First Request)** |
|---|---|

Defendant Sentinel Insurance Group, Ltd. (**Sentinel** or **Defendant**) and Plaintiff Monica Margaretis (**Plaintiff**) respectfully submit the following stipulation requesting to take Plaintiff's deposition outside of the discovery deadline.  This is the parties first request to take a deposition outside of the discovery deadline.

**I.     INTRODUCTION.**

This lawsuit arises out of a personal automobile insurance policy.  When a dispute arose over Plaintiff's entitlement to benefits under the policy, she filed suit alleging breach of contract and bad faith, among other extra contractual claims.  On May 2, 2014, Sentinel removed this matter to federal court.  ECF No. 1.  On May 9, 2014, Sentinel filed an Answer to Plaintiff's Complaint.  ECF No. 6.  A Discovery Plan and Scheduling Order was entered on June 24, 2014.  ECF No. 13.

{30921861;1}

Sentinel filed a Motion to Extend Discovery on December 23, 2014. ECF No. 17.  On December 30, 2014, the court granted Sentinel's Motion to Extend Discovery.  ECF No. 23.

**II.    STATUS OF PLAINTIFF'S DEPOSITION.**

1. Sentinel served a notice to take Plaintiff's deposition on November 26, 2014.

2. Sentinel served a First Amended Notice to take Plaintiff's deposition on December 16, 2014.

3. Sentinel served a Second Amended Notice to take Plaintiff's deposition on January 6, 2015.

4. Sentinel served a Third Amended Notice to take Plaintiff's deposition on February 2, 2015.

5. Sentinel served a Fourth Amended Notice to take Plaintiff's deposition on March 4, 2015.

6. Sentinel served a Fourth Amended Notice to take Plaintiff's deposition on April 15, 2015.

**III.   REASON WHY EXTENSION IS REQUIRED.**

Discovery closed on May 5, 2015.  ECF No. 23.  The parties have participated in discovery in good faith, but have been unable to complete Plaintiff's deposition, despite several attempts.  The reason for this is the time constraints on both counsel and a miscommunication between the parties.  Upon representation of Plaintiff's counsel, an inadvertent scheduling error occurred regarding Plaintiff's deposition.  The parties are requesting to an additional thirty (30) days to complete Plaintiff's deposition.

…

…

…

…

…

{30921861;1}                                                   2

## IV. CONCLUSION

The parties believe that allowing Sentinel to take Plaintiff's deposition outside of discovery including an additional thirty (30) days to complete Plaintiff's deposition is appropriate and necessary given the circumstances.

DATED this 7th day of May, 2015.

| **DONN W. PROKOPIUS, CHTD.** | **AKERMAN LLP** |
|---|---|
| By:/s/ *Donn W. Prokopius*<br>DONN W. PROKOPIUS, ESQ.<br>Nevada Bar No. 6460<br>931 S. 3rd Street<br>Las Vegas, NV  89101<br>Telephone:   (702) 474-0500<br>Facsimile:    (702) 951-8022<br>*Attorneys for Plaintiff* | By: /s/ *Darren T. Brenner*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM HABDAS<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:   (702) 634-5000<br>Facsimile:    (702) 380-8572<br>*Attorneys for Defendant*<br>*Sentinel Insurance Company, Ltd.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 8, 2015

{30921861;1}                                      3