DARREN T. BRENNER
Nevada Bar No. 8386
WILLIAM S. HABDAS
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Sentinel Insurance Company, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MONICA MARGARETIS,<br><br>          Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY; DOES I through X. ROE CORPORATION I through X, inclusive,<br><br>          Defendants. | Case No.: 2:14-cv-00685-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant Sentinel Insurance Group, Ltd. and Plaintiff Monica Margaretis by and through her attorneys DONN W. PROKOPIUS, CHTD., hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{32417420;1}

1  Each party to bear its own costs and fees.

2  **IT IS SO STIPULATED.**

3  DATED this 9th day of June, 2015.

| **DONN W. PROKOPIUS, CHTD.** | **AKERMAN LLP** |
|---|---|
| By:/s/ Donn W. Prokopius<br>DONN W. PROKOPIUS, ESQ.<br>Nevada Bar No. 6460<br>931 S. 3rd Street<br>Las Vegas, NV  89101<br>Telephone:   (702) 474-0500<br>Facsimile:   (702) 951-8022<br>*Attorneys for Plaintiff* | By: /s/ Darren T. Brenner<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM HABDAS<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>Telephone:   (702) 634-5000<br>Facsimile:   (702) 380-8572<br>*Attorneys for Defendant*<br>*Sentinel Insurance Company, Ltd.* |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.   The Clerk of Court is instructed to close this case.

Dated:  June 10, 2015.


UNITED STATES DISTRICT JUDGE

{32417420;1}    2